AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Brien, Terrence L. | 2. Court or Organization<br><br>Tenth Circuit | 3. Date of Report<br><br>05/25/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals, Tenth Circuit<br>2120 Carey Ave., Suite 200<br>Cheyenne, WY 82001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 27 P 3: 21 FINANCIAL DISCLOSURE OFFICE

O'Brien_ Terrence_L

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Wyoming - Judicial Retirement | $27,785.78 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Bronze | Marian Rochelle | $6,500.00 |
| 2. Air Fare to Korea, Mongolia, & Siberia | April Brimmer Kunz | $4,350.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA#1 Nationwide Templeton Foreign Fund TFFAX | A | Distribution | L | T | | | | | |
| 2. IRA#1 Artisan Mid Cap ARTMX | A | Dividend | K | T | | | | | |
| 3. IRA#1 Janus Mid Cap Value Fund JMCVX | A | Dividend | K | T | | | | | |
| 4. IRA #1 Nationwide American Century Ultra TWUIX | A | Distribution | K | T | | | | | |
| 5. IRA #1 Dreyfus Money Market Reserves | A | Distribution | J | T | | | | | |
| 6. IRA #2 MSFT | A | Dividend | | | Sold | 3/13 | J | A | |
| 7. IRA #2 MMM | A | Dividend | | | Sold | 3/13 | J | A | |
| 8. IRA #2 CAE | A | Dividend | | | Sold | 3/14 | J | A | |
| 9. IRA #2 BA | A | Dividend | J | T | Buy | 11/14 | J | | |
| 10. IRA #2 CLX | A | Dividend | J | T | Buy | 12/02 | J | | |
| 11. IRA #2 CVX | A | Dividend | J | T | | | | | |
| 12. IRA#2 DRYS | A | Dividend | J | T | Buy | 12/18 | J | | |
| 13. IRA #2 GR | A | Dividend | J | T | Buy | 12/18 | J | | |
| 14. IRA#2 Money Market Account | A | Interest | J | T | | | | | |
| 15. AMX | A | Dividend | | | Sold | 3/13 | J | D | |
| 16. BIIB | A | Dividend | | | Sold | 3/13 | J | A | |
| 17. BIIB | A | Dividend | | | Sold | 3/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BMY | A | Dividend | | | Sold | 3/13 | J | A | |
| 19. CSCO | A | Dividend | | | Sold | 3/13 | J | B | |
| 20. FDX | A | Dividend | | | Sold | 3/13 | J | D | |
| 21. GE | A | Dividend | | | Sold | 3/13 | J | A | |
| 22. GLW | A | Dividend | | | Sold | 3/13 | J | D | |
| 23. HPQ | A | Dividend | | | Sold | 3/13 | J | D | |
| 24. INTC | A | Dividend | | | Sold | 3/13 | K | E | |
| 25. MSFT | A | Dividend | | | Sold | 3/13 | K | E | |
| 26. PG | A | Dividend | | | Sold | 3/13 | K | D | |
| 27. RTN | A | Dividend | | | Sold | 3/13 | J | D | |
| 28. WMB | A | Dividend | | | Sold | 3/13 | J | B | |
| 29. WMB | A | Dividend | | | Sold | 31/13 | J | A | |
| 30. IBM | A | Dividend | | | Sold | 3/13 | J | A | |
| 31. BKH | A | Dividend | J | T | Buy | 10/22 | J | | |
| 32. BA | A | Dividend | K | T | Buy | 10/10 | J | | |
| 33. CAT | A | Dividend | J | T | Buy | 10/10 | J | | |
| 34. GLW | A | Dividend | J | T | Buy | 10/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. DD | A | Dividend | J | T | Buy | 10/10 | K | | |
| 36. FCX | A | Dividend | J | T | Buy | 11/07 | J | | |
| 37. IBM | A | Dividend | K | T | Buy | 10/10 | K | | |
| 38. JNJ | A | Dividend | K | T | Buy | 10/10 | K | | |
| 39. KMB | A | Dividend | J | T | Buy | 10/10 | J | | |
| 40. PAS | A | Dividend | J | T | Buy | 10/22 | J | | |
| 41. RTP | A | Dividend | J | T | Buy | 11/12 | J | | |
| 42. JAVA | A | Dividend | J | T | Buy | 10/10 | J | | |
| 43. TRA | A | Dividend | J | T | Buy | 10/10 | J | | |
| 44. TRN | A | Dividend | J | T | Buy | 10/10 | J | | |
| 45. UNP | A | Dividend | J | T | Buy | 11/13 | J | | |
| 46. VLO | A | Dividend | J | T | Buy | 10/10 | J | | |
| 47. CMFUZ Money Mkt Acct | A | Interest | K | T | | | | | |
| 48. T Rowe Price Science PRSCX | A | Dividend | | | Sold | 3/13 | J | A | |
| 49. Focus Growth AMOAX was GRTAX | A | Distribution | | | Sold | 3/14 | J | A | |
| 50. MS Information Fund IFOAX | A | Dividend | | | Sold | 3/14 | J | A | |
| 51. MS Capital Opportunity Trust B CPOBX | A | Distribution | J | T | Merged (with line 52) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. MS Capital Opportunity Trust A CPOAX | A | Distribution | | | Sold | 3/14 | J | A | |
| 53. MS Pacific Growth Fund A TGRAX | A | Distribution | | | Sold | 3/14 | K | A | |
| 54. VRGY | A | Dividend | | | Sold | 3/18 | J | A | |
| 55. A (Fidelity) | A | Dividend | | | Sold | 3/18 | J | A | |
| 56. BRKB | A | Dividend | K | T | | | | | |
| 57. BKH | A | Dividend | | | Sold | 3/18 | J | B | |
| 58. HOG | A | Dividend | | | Sold | 3/18 | J | D | |
| 59. MRK | A | Dividend | | | Sold | 3/18 | J | D | |
| 60. MSFT (Fidelity) | A | Dividend | | | Sold | 3/18 | J | A | |
| 61. MOT | A | Dividend | | | Sold | 3/18 | J | A | |
| 62. IBDRY was SPI | A | Dividend | J | T | | | | | |
| 63. TXN | A | Dividend | | | Sold | 3/18 | J | A | |
| 64. WFC | A | Dividend | | | Sold | 3/18 | J | D | |
| 65. YUM | A | Dividend | | | Sold | 3/18 | J | D | |
| 66. SNY | A | Dividend | J | T | Buy | 2/26 | J | | |
| 67. SNY | A | Dividend | | | Sold | 3/18 | J | A | |
| 68. BA | A | Dividend | J | T | Buy | 1/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  NVDA | A | Dividend | | | Sold | 3/18 | J | A | |
| 70.  FCNTX | A | Dividend | | | Sold | 3/18 | J | C | |
| 71.  FHIGX | A | Dividend | L | T | | | | | |
| 72.  FMAGX | A | Dividend | | | Sold | 3/18 | M | A | |
| 73.  FTEXX Money Mkt Acct | A | Interest | N | T | | | | | |
| 74.  PTHAX (TDA) | A | Interest | J | T | | | | | |
| 75.  VKMHX (TDA) | A | Interest | J | T | | | | | |
| 76.  EDJ Money Mkt Acct | A | Interest | | | Sold | 3/14 | J | A | |
| 77.  PFL Annuity #1 | A | Interest | K | T | | | | | |
| 78.  PFL Annuity #2 | A | Interest | K | T | | | | | |
| 79.  PFL Annuity #3 | A | Interest | K | T | | | | | |
| 80.  Checking #1 | A | Interest | J | T | | | | | |
| 81.  Savings #1 | A | Interest | L | T | | | | | |
| 82.  Checking #2 | A | Interest | J | T | | | | | |
| 83.  Savings #2 | A | Interest | L | T | | | | | |
| 84.  Savings #3 | A | Interest | L | T | Open | 9/30 | L | | |
| 85.  Savings #4 | A | Interest | L | T | Open | 10/1 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  U S Coins | | None | J | T | | | | | |
| 87.  U.S. Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L. | 05/25/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

     I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

     I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544